**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NAZARETH MUTUAL INSURANCE COMPANY, | : | No. 313 MAL 2023 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA INSURANCE DEPARTMENT, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.